# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

STATE OF FLORIDA

    Plaintiff

Case No. 6:23-CV-336-CEM-DCI

vs.

MOLIERE DIMANCHE

Defendant.

# MEMORANDUM AND EXHIBITS IN SUPPORT OF MOTION FOR DISMISSAL

**MOLIERE DIMANCHE.**

3200 N. Hiawassee Road,

#682362

Orlando, Florida 32868

Telephone: (407) 639-3034

Email: moliereexpressions@yahoo.com

# TABLE OF CONTENTS

1. EXHIBIT A - Warrant for Comparison                                                                   pg. 3

   **Relevance:**

   The red text that has been isolated demonstrates that the author had access to an editable file containing the original text of the trust instrument. The text highlighted in blue bar pinpoint the unusual use of typographical symbols which indicate the text was pasted from the original document.

2. EXHIBIT B - First Page of Trust Instrument for Comparison                      pg. 4

   **Relevance:**

   The red text that has been isolated demonstrates that the author had access to an editable file containing the original text of the trust instrument. The text highlighted in blue bar pinpoint the unusual use of typographical symbols which indicate the text was pasted from the original document.

3. EXHIBIT C -  Last Will & Testament of Qurentia P. Throm                       pgs. 5-11

   **Relevance:**

   The Will demonstrates that at the time the Defendant recorded his deed, the sole beneficiary of the Will was the "trustee" of the trust.

4. EXHIBIT D - Screenshot from Orange County Comptroller Website       pg. 12

    **Relevance:**

        The screenshot demonstrates that:

1) Qurentia Throm was the "trustee" of the trust at the time the deed was recorded and

2) Julia L. Frey was not a party of record in any capacity.